# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

**Case No.:  3:26mj17**                              **Date:  4/16/2026**

| **Defendants:** | **Counsel:** |
|---|---|
| **Dania Daney Orellana-Gamez** | **Gregory Bowman, CJA** |

PRESENT:     JUDGE:              Joel C. Hoppe          TIME IN COURT:  9:58-10:17
                                                                        (19mins)

Deputy Clerk:        K. Lokey
Court Reporter:      K. Lokey, FTR
U. S. Attorney:      Jason Scheff
USPO:                Jasmine Davis
Case Agent:          Brady Goff/ Benjamin Thorn
Interpreter:         Mildred Hoy

### INITIAL APPEARANCE AND BOND HEARING

☒     Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒     Defendant requests appointment of counsel.  CJA 23 completed

### DETENTION

☒     Government moves for detention.
☒     Defendant(s)  moves for right to come back for a detention hearing at a later time.

### PRELIMINARY EXAM
### (Only if arrested on criminal complaint)

☒     Preliminary exam continued to April 30th, 2026 at 10am.

☒     Defendant(s) remanded to custody.

Additional Information:
All parties present and represetnted by counsel
Defendant sworn and advised of rights
CJA appointed
Due Process notice
Court reviews complaint
Government states penalty range
Defense requests continuance of preliminary hearing
Government seeks detention
Reserves right to come back for a detention hearing
Detention order to enter
Case continued to April 30th,2026 at 10am
Adjourned