**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

CLERKS OFFICE US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

April 30, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Kayla Lokey
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 3:26-MJ-00017** |
| | : | |
| **DANIA DANEY ORELLANA-GAMEZ** | : | |

### ORDER

The United States of America and the defendant, Dania Daney Orellana-Gamez, have jointly moved for entry of an order extending the time period for filing an indictment against the defendant to, and including, July 24, 2026. As grounds for the extension, the parties assert that they are exploring a pre-indictment disposition to this case and that they require additional time to review evidence, assess applicable case law, and assess the impact of related cases, including *United States v. Arias-Chicas*, 3:25-MJ-52.

Upon consideration of the joint motion, I find that failing to grant the extension would deny the Defendant and the Government the time reasonably necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ORDERED that the joint motion is granted, the time for filing an indictment in this case is extended to, and including, July 24, 2026, and the additional time resulting from the extension shall be excluded in computing the time within which an indictment must be filed under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

ENTERED this 30th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1